# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J. 12/10/2019

December 9, 2019

<u>Via ECF</u>

The Honorable Vernon S. Broderick
United States District Court
 For the Southern District of New York
40 Folely Square, Courtroom 518
New York, NY 10007

**Re:** *Victor Lopez v. Arby's Franchisor, LLC,* **1:19-cv-10074-VSB**
      **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Broderick:

We represent defendant Arby's Franchisor, LLC ("Defendant") in the above-referenced action. Pursuant to Rules 1(A) and 1(G) of Your Honor's Individual Rules and Practices in Civil Cases, we write with the consent of counsel for plaintiff Victor Lopez ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 11, 2019 to January 27, 2020.  This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations.  As noted above, Plaintiff's counsel consents to this request.  If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060      ☏ +1.212.309.6000
United States      Ⓕ +1.212.309.6001