```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
VICTOR LOPEZ, *and on behalf of all other*                 :
*persons similarly situated*,                              :
                                                           :
                               Plaintiff,                  :     19-CV-10074 (VSB)
                                                           :
              -against-                                    :         **ORDER**
                                                           :
ARBY'S FRANCHISOR, LLC,                                    :
                                                           :
                               Defendant.                  :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On February 11, 2020, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, it is hereby:

ORDERED that Defendant's motion to dismiss, (Doc. 10), is DENIED as moot without prejudice to refile in accordance with Federal Rule of Civil Procedure 15(a)(3).

The Clerk of Court is respectfully directed to terminate the open motion at Document 10.

SO ORDERED.

Dated: February 12, 2020
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge