# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/21/2020

February 20, 2020

<u>Via ECF</u>

The Honorable Vernon S. Broderick
United States District Court
 For the Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

**Re:** *Lopez v. Arby's Franchisor, LLC*, 1:19-cv- 10074-VSB
<u>Request for Extension of Time to Respond to the Amended Complaint</u>

Dear Judge Broderick:

We represent defendant Arby's Franchisor, LLC ("Defendant") in the above-referenced action. Pursuant to Rule 1(A) and 1(G) of Your Honor's Individual Rules & Practices in Civil Cases, we write, with the consent of counsel for plaintiff Victor Lopez ("Plaintiff"), respectfully to request that the Court extend Defendant's time – from February 25, 2020 to March 10, 2020 – to respond to the Amended Complaint filed in this action on February 11, 2020.  This is Defendant's first request for an extension of time to respond to the Amended Complaint.  Defendant previously requested, and the Court previously granted, an extension of time to respond to the original Complaint.  (Dkt. Nos. 7 & 8.)

In support of this request, counsel for Defendant states that it intends to move to dismiss the Amended Complaint, and this extension of time, if granted, will permit counsel sufficient time to prepare the motion papers.  If granted, this request will not affect any other dates scheduled in this action.  As noted above, counsel for Plaintiff consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States
+1.212.309.6000
+1.212.309.6001