UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR LOPEZ, on behalf of himself and all
other persons similarly situated,

                     Plaintiff,

      -against-                                   19 **CIVIL** 10074 (VSB)

## JUDGMENT

ARBY'S FRANCHISOR, LLC,

                     Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 8, 2021, Defendant's motion to dismiss is GRANTED WITH PREJUDICE; accordingly, this case is closed.

**Dated:**  New York, New York

        March 9, 2021

                                                                **RUBY J. KRAJICK**

                                                                  Clerk of Court

                                    **BY:**

                                                                   **Deputy Clerk**